IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Jackson, Charles L | Case Number: 07 B 13176 |
|---|---|---|
| | Jackson, Delores | Judge: Hollis, Pamela S |
| | Printed: 12/13/07 | Filed: 7/24/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 29, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,400.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,324.40 |
| Trustee Fee: | | 75.60 |
| Other Funds: | | 0.00 |
| Totals: | 1,400.00 | 1,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Steven O Hamill | Administrative | 3,500.00 | 1,324.40 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 19,000.00 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 212.59 | 0.00 |
| 5. | B-Real LLC | Unsecured | 39.06 | 0.00 |
| 6. | LVNV Funding | Unsecured | 132.40 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 197.01 | 0.00 |
| 8. | Cavalry Portfolio/Collection | Unsecured | 64.57 | 0.00 |
| 9. | ER Solutions | Unsecured | 52.09 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 2.50 | 0.00 |
| 11. | First Premier Bank | Unsecured | | No Claim Filed |
| 12. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 13. | AT&T | Unsecured | | No Claim Filed |
| 14. | LVNV Funding | Unsecured | | No Claim Filed |
| 15. | Talk America | Unsecured | | No Claim Filed |
| 16. | Tisha M Ford | Unsecured | | No Claim Filed |
| 17. | University of Chicago Hospital | Unsecured | | No Claim Filed |
| 18. | AOL | Unsecured | | No Claim Filed |
| 19. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 20. | MHS Physician Service | Unsecured | | No Claim Filed |
| | | | $ 23,200.22 | $ 1,324.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 75.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Jackson, Charles  L<br>            Jackson, Delores<br>            Printed:  12/13/07 | Case Number:  07 B 13176<br>Judge:  Hollis, Pamela S<br>Filed:  7/24/07 |

_____
$ 75.60

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

            Marilyn O. Marshall, Trustee, by:

